**No. 10-1464. The Hertz Corporation, Petitioner v. Jennifer Myers.**

565 U.S. 930, 132 S. Ct. 368, 181 L. Ed. 2d 234, 2011 U.S. LEXIS 7077.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 624 F.3d 537.

**No. 10-1489. Mai-Trang Thi Nguyen, Petitioner v. Starbucks Coffee Corporation.**

565 U.S. 930, 132 S. Ct. 368, 181 L. Ed. 2d 234, 2011 U.S. LEXIS 6786,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied. Justice Breyer took no part in the consideration or decision of this petition.

Same case below, 418 Fed. Appx. 606.

**No. 10-1500. Mylan Laboratories, Inc., et al., Petitioners v. Blue Cross Blue Shield of Massachusetts, et al.**

565 U.S. 930, 132 S. Ct. 368, 181 L. Ed. 2d 234, 2011 U.S. LEXIS 7064.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. The Chief Justice took no part in the consideration or decision of this petition.

Same case below, 394 U.S. App. D.C. 108, 631 F.3d 537.